ANTHONY DEPERINO, Plaintiff, v. CORSON CONSTRUCTION CORPORATION, Appellant; MICHAEL DIMPERIO, Impleaded, Respondent.— Order granting motion of Michael Dimperio to open his default and vacate the judgment entered against him, permitting him to defend and directing that the answer theretofore served by him be deemed to be his answer to the claim against him, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

PETER DROGARIS, Appellant, v. MAMMOUTH ATHLETIC FIELD, INC., Respondent. — Order granting motion to cancel *lis pendens* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

ELECTRA HOUSE FURNISHING STORE, INC., Plaintiff, v. MORRIS MANES, Respondent; LOUIS ZISES, Appellant, and Others, Defendants.— Motion granted and proceedings under the contempt order stayed on condition that on or before July 5, 1932, appellant file an undertaking with corporate surety in the sum of $7,500 conditioned upon his being amenable at all times to the further order of the court; otherwise, motion denied. Present — Lazansky, P. J., Kapper, Scudder and Davis, JJ.; Hagarty, J., not voting. [See *post*, p. 703.]

ESSANARR GARAGE CORPORATION, Appellant, v. MORELITE SERVICE STATIONS, INC., and HYMAN ZOLINSKY, Respondents.— Appeal dismissed, without costs. Since the judgment herein was entered, this court has determined, in *Morelite Service Stations, Inc.*, v. *Goldman* (235 App. Div. 872, decided May 27, 1932) that New street is not a legally established street and that the defendants would have no easement thereon of light, air or access as a matter of law. Their place of business has been as effectually closed by the erection of a fence preventing access thereto as could possibly happen if an injunction were granted. The plaintiff's cause of action is based on the theory that New street is a public thoroughfare and that it is seized of a dominant easement appurtenant to the premises, including a free and unobstructed right of way and access over and along and upon New street. This fundamental proposition has been determined to be unsound. The question has become academic. If the plaintiff has suffered monetary damages its remedy is by an action at law. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

IRVING FELLERMAN and Others, Respondents, v. MARGARET KOHN, Appellant.— Order denying motion to vacate warrant of attachment and order denying motion to vacate levy affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ., concur.

JESSIE GAZELL, Respondent, v. B. CRYSTAL & SONS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.